**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION**

| | |
|---|---|
| **Andrew Silverstone** | |
| **Plaintiff,** | |
| v. | **Civil Action No. 2:25-cv-77** |
| **Detective Eileen Davis** | |
| and | |
| **Chief Paul Neudigate** | |
| **Defendants.** | |

**AGREED MOTION FOR ENTRY OF PROTECTIVE ORDER**

COMES NOW Defendants, Detective Eileen Davis and Chief Paul Neudigate, by counsel, pursuant to Federal Rule of Civil Procedure 26(c), with the consent of the Plaintiff and Defendants Detective Eileen Davis and Chief Paul Neudigate, and for the reasons set forth in the accompanying Memorandum in Support, respectfully moves this Court for entry of the Protective Order, attached as Exhibit 1 to the Memorandum in Support of this Motion.

This 1st day of August 2025.

                                                    Respectfully Submitted,

                                                  **DETECTIVE EILEEN DAVIS AND
                                                  CHIEF PAUL NEUDIGATE**

                                                  By:   /s/ Zachary T. Burkholder

**Mark D. Stiles (VSB No. 30683)**
City Attorney
**Christopher S. Boynton (VSB 38501)**
Deputy City Attorney
**Christopher J. Turpin (VSB No. 97321)**
Associate City Attorney
**Zachary T. Burkholder (VSB No. 90597)**
Associate City Attorney
Attorneys for Paul Neudigate and Eileen Davis
Office of the City Attorney
Municipal Center, Building One
2401 Courthouse Drive, Room 2098
Virginia Beach, Virginia 23456
(757) 385-8803 (Office)
(757) 385-5687 (Facsimile)
mstiles@vbgov.com
cboynton@vbgov.com
CTurpin@vbgov.com
ZTBurkholder@vbgov.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of August 2025, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, and will then send a notification of such filing (NEF) to the following individuals:

    Seth Carroll (VSB No. 74745)
    Commonwealth Law Group
    3311 West Broad Street
    Richmond, Virginia 23230
    804.999.9999
    scarroll@hurtinva.com

                                              By:   */s/ Zachary T. Burkholder*

**Mark D. Stiles (VSB No. 30683)**
City Attorney
**Christopher S. Boynton (VSB 38501)**
Deputy City Attorney
**Christopher J. Turpin (VSB No. 97321)**
Associate City Attorney
**Zachary T. Burkholder (VSB No. 90597)**
Associate City Attorney
Attorneys for Paul Neudigate and Eileen Davis
Office of the City Attorney
Municipal Center, Building One
2401 Courthouse Drive, Room 2098
Virginia Beach, Virginia 23456
(757) 385-8803 (Office)
(757) 385-5687 (Facsimile)
mstiles@vbgov.com
cboynton@vbgov.com
CTurpin@vbgov.com
ZTBurkholder@vbgov.com